**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| PASS BOX, LLC, a Georgia limited liability company, SYNERGY NATURAL RESOURCES, LLC, a Georgia limited liability company, DREW LOFSTAD and BRIAN COCHRUM,<br><br>    Plaintiffs,<br><br>    v.<br><br>PASS BOX PARTNERS, LLC, a Georgia limited liability company, PORTARE SERVICES, LLC, a business entity of unknown form, WORLD MORTGAGE EXCHANGE GROUP, INC., GOLDENROD, LLC, RISING EAGLE, LLC, RONALD REESER, THEODORE J. WEYN, JR., LARRY S. KING, TRACY BILLINGS and KEN MINCHEW,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:14-cv-01164-TWT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to the Motion to Withdraw filed on September 4, 2014, and all requirements as outlined in LR 83.1(E), having been met, this Court hereby GRANTS Steven R. Press, Joshua Tropper, William M. Osterbrock, and the law

firm of Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC's Motion To Withdraw as Counsel of Record for Plaintiffs Pass Box, LLC, Synergy Natural Resources, LLC, Drew Lofstad and Brian Cochrum. Neither Steven R. Press, Joshua Tropper, William M. Osterbrock, nor anyone employed with the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC shall have any further responsibility with regard to this civil action.

SO ORDERED this 9th day of September, 2014.

/s/Thomas W. Thrash
Honorable Thomas W. Thrash, Jr.
Judge, United States District Court, Atlanta Division

Prepared by:

Steven R. Press
Georgia Bar No. 587199
3414 Peachtree Road
Monarch Plaza, Suite 1600
Atlanta, Georgia 30326
Phone: (404) 577-6000
Facsimile: (404) 221-6501